■ In the Matter of CLARISSA GOLDSMITH, Appellant, v OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF NEW YORK et al., Respondents. [21 NYS3d 886]—Order, Surrogate's Court, New York County (Rita Mella, S.), entered on or about March 19, 2015, which dismissed the petition for a turnover of certain funds held by respondent Office of the Comptroller of the State of New York, unanimously affirmed, without costs.

The Surrogate correctly determined that she had no jurisdiction to review the petition. The comptroller's final determination of a claim for certain abandoned property "shall be reviewable by application to the supreme court, Albany county" (Abandoned Property Law § 1406 [1] [b]), except in limited circumstances not present in this case (*id.* § 1406 [3]).

Petitioner cannot evade this provision by commencing a turnover proceeding in the Surrogate's Court. Concur—Acosta, J.P., Andrias, Manzanet-Daniels and Kapnick, JJ.